IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:09-CR-1-M

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | O R D E R |
| | ) | |
| GEORGE WILLIAM BLACKWELL, | ) | |
| | ) | |
| Defendant. | ) | |

In accordance with Fed. R. Crim. P. 32.1, this matter came before this court for a preliminary examination regarding the government's petition on Defendant's supervised release [DE-3], and for a hearing on the government's motion to detain Defendant pending further proceedings. In its petition the government alleged Defendant violated the conditions of his supervised release by committing criminal conduct and failing to pay his monetary obligation.

At the hearing the government presented the testimony of United States Probation Officer Britt. The court considered the hearing testimony, the government's motion and argument by counsel. The court found that the credible information presented by the government establishes probable cause to support the allegations contained in the motion to revoke supervised release.

The court has by separate order set conditions of Defendant's release.

SO ORDERED, the 21st day of May 2024.

Robert B. Jones, Jr.,
United States Magistrate Judge